145 F.3d 1017
 Ralph P. FORBES, and The People, Plaintiff-Appellant,
v.
The ARKANSAS EDUCATIONAL TELEVISION COMMISSION, and its
Board of Directors in their official capacities; the
Arkansas Educational Telecommunications Network Foundation,
and its members and officers; Susan J. Howarth, in her
official capacity as Executive Director; Victor Fleming, in
his official capacity as Chairman; G.E. Campbell, in his
official capacity as Vice-Chairman; Dr. Caroline Whitson,
in her official capacity as Secretary; Diane Blair, in her
official capacity as Commissioner; S. McAdams, in his
official capacity as Commissioner; James Ross, in his
official capacity as Commissioner; Jerry McIntosh, in his
official capacity as Commissioner; Lillian Springer, in her
official capacity as Commissioner; Amy L. Oliver, in her
official capacity as Production Manager; Bill Clinton, in
his official capacity as Governor of the State of Arkansas;
John Does, Sued as certain "John Doe" crooked, lying
politicians and political "dirty tricks" operatives and
special interests, etc.; KHBS TV/ Channel 40 UHF; KHOG
TV/Channel 29 UHF; American Broadcasting Company, Agent
Darrel Cunningham; Steve Barnes, KARK TV, 4 Eye-Witness
News and AETN Producer; Oscar Eugene Goss, Arkansas
Educational Television Network, Defendants-Appellees,
Bill Simmons, Associated Press, Chief of Bureau/Arkansas, Defendant,
Carol Adornetto; Larry Foley; Lavenia Craig, in her
official capacity as Commissioner; Robert
Doubleday, in his official capacity as
Commissioner, Defendants-Appellees.
Organization of State Broadcasting Executives, Amicus Curiae.
 No. 95-2722.
 United States Court of Appeals,
Eighth Circuit
 July 21, 1998.
 
 On Appeal from the United States District Court for the Western District of Arkansas.
 Before McMILLIAN, RICHARD S. ARNOLD, and JOHN R. GIBSON, Circuit Judges.
 
 ORDER
 
 1
 We have received the judgment of the Supreme Court of the United States, reversing our judgment in the above case and remanding the case for further proceedings in conformity with the opinion of that Court. Accordingly, the mandate of this Court is recalled, our opinion and judgment previously filed are vacated, and the judgment of the District Court, dismissing the complaint with prejudice, is affirmed. The new mandate should issue forthwith.